1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUANITA ISABEL ARGUELLO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:20-cv-09151-AFM<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　IT IS ORDERED that fees and expenses in the amount of $1,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   9/21/2021

　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　THE HONORABLE ALEXANDER F. MACKINNON
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,
2 | LAW OFFICES OF LAWRENCE D. ROHLFING
3 | /s/ *Lawrence D. Rohlfing*
4 | Lawrence D. Rohlfing
Attorney for plaintiff Juanita Isabel Arguello